**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner
Edwin Antonio Reyes Mendez

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Antonio Reyes Mendez, A# 246-119-402 | Case No. 1:26-cv-03791-DAD-CKD |
| Petitioner, | **[PROPOSED] ORDER** |
| vs. | |
| Warden, et. al., | |
| Respondents. | |

Having considered Petitioner Edwin Antonio Reyes Mendez's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus, the proposed First Amended Petition, and the record in this matter, the Court finds good cause to grant leave to amend. See Federal Rule of Civil Procedure 15(a)(2). The Court also grants Petitioner's Motion to Proceed In Forma Pauperis and orders Respondent to file a response.

////

- 1 -

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Request for Leave to File First Amended Petition for Writ of Habeas Corpus is GRANTED;

2. Petitioner's Motion to Proceed In Forma Pauperis (ECF No. 5) is GRANTED.

3. The Clerk of Court is directed to file Petitioner's lodged First Amended Petition for Writ of Habeas Corpus and Exhibits to the First Amended Petition (ECF Nos. 10-1, 10-2, and 10-3), as a separate docket entry as the operative petition in this matter;

4. The First Amended Petition shall be deemed filed on the date this Order is filed; and

5. Pursuant to 28 U.S.C. § 2243, respondents shall file an answer to the petition within 7 days of the date of this order and shall provide all transcripts or other documents relevant to the determination of the issues presented in the amended petition. If respondents file an answer, petitioner may file a traverse within 7 days.

Dated:  June 9, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mend3791.po

- 2 -