UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ANTONIO REYES MENDEZ, | No.  1:26-cv-03791-DAD-CKD (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF *HABEAS CORPUS* |
| CHRISTOPHER CHESTNUT, | |
| Respondent. | (Doc. Nos. 12, 15) |

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending first amended petition for writ of *habeas corpus* (Doc. No. 12) be granted.  (Doc. No. 15.)  Specifically, the magistrate judge found that petitioner obtained a liberty interest in his continued release following his initial release from immigration detention, that his re-detention absent notice and a hearing violates due process, and that the appropriate remedy is his immediate release. (*Id.* at 2–5.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service. (*Id.* at 6.)

1

On June 26, 2026, respondent filed objections which are comprised of a single sentence stating that respondent objects for the reasons set forth in its previous briefing.  (Doc. No. 16 at 1.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations filed on June 23, 2026 (Doc. No. 15) are ADOPTED;

2.    Petitioner's first amended petition for writ of *habeas corpus* (Doc. No. 12) is GRANTED as follows:

a.    Respondent is ORDERED to immediately release petitioner Edwin Antonio Reyes Mendez, A-File 246-119-402, from respondent's custody on the same conditions, if any, he was subject to prior to his re-detention on or about March 27, 2026;

b.    Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating that petitioner is a danger to the community or a flight risk by clear and convincing evidence;

3.    The Clerk of the Court is directed to serve the warden of the California City Immigration Processing Center with a copy of this order; and

/////

/////

/////

/////

4.   The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **June 29, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE